IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D. THOMAS ARCHULETA *et al.*,

     Plaintiffs,

v.                                                                    Civ. No. 16-801 JCH/KK

ERIC MONTOYA *et al.*,

     Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 37) ("PFRD"), filed January 31, 2017, regarding the parties' Joint Motion to Approve Minor Settlement (Doc. 31), filed December 29, 2016.  The Magistrate Judge proposed to find that the parties' proposed settlement of the minor Plaintiffs' claims is fair and reasonable, and recommended that the settlement be approved.  No party has objected to the PFRD, and the time for doing so has expired.  Failure to timely object to a magistrate judge's proposed findings and recommended disposition waives appellate review of both factual and legal issues.  *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

Upon reviewing the record, I concur with the Magistrate Judge's proposed findings and recommendations.  I therefore:  (1) ADOPT the Guardian ad Litem's Report pertaining to Proposed Settlement for D.A., a Minor, and D.A., a Minor (Doc. 30) ("GAL's Report"), filed December 27, 2016, and the Magistrate Judge's PFRD (Doc. 37); (2) FIND that the proposed settlement involving minors is fair and reasonable; (3) GRANT the parties' Joint Motion to Approve Minor Settlement (Doc. 31); (4) APPROVE the settlement of the minor Plaintiffs'

claims as described in the GAL's Report and the PFRD; and, (5) RELEASE the Guardian ad

Litem from his duties in this case.

       IT IS SO ORDERED.


_____

HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE